

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

ENTERED
10/21/2010

| | | |
|---|---|---|
| IN RE: | § | JOINTLY ADMINISTERED |
| MARCO A. CANTU and | § | CASE NO.  08-70260-M-7 |
| ROXANNE CANTU and | § | CASE NO.  08-70261-M-7 |
| MAR-ROX, INC. | § | |
| Debtors | § | CHAPTER 7 |

1923

## ORDER AUTHORIZING AUCTION SALE FREE AND CLEAR OF LIENS, CLAIMS & INTERESTS

Came on to be heard the Trustee's Expedited Motion for authority to sell by auction sale free and clear of liens, claims and interests, and the Court noting that no objections having heard the evidence and argument of counsel is of the opinion that such Motion should be granted, the Court is of the opinion that the relief requested is necessary and proper and is in the best interest of the estate and the creditors.  Therefore,

IT IS ORDERED that the Trustee may sell by auction sale conducted by BOND & BOND, an approved auctioneer, on October 30, 2010, or as soon thereafter as is practical to the highest bidder the property of the Estate described as TWO (2) LIFE-SIZED BRONZE HORSE STATUES.

The purchaser at this auction shall take title to the property free and clear of all liens claims and interests upon such property, but that any such liens, claims and interests shall attach to the proceeds received by the Trustee for such sale, to the extent same are valid.

IT IS FURTHER ORDERED that the Trustee, upon review and verification of all valid liens, is authorized to pay all such liens and all auction commissions, expenses and administrative expenses to store such assets be paid by the Trustee from the proceeds.

Dated: _____
      October 21, 2010

_____
Richard  Schmidt
United States Bankruptcy Judge