IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| IN RE: | § | JOINTLY ADMINISTERED |
| MARCO A. CANTU and | § | CASE NO. 08-70260-M-7 |
| ROXANNE CANTU and | § | CASE NO. 08-70261-M-7 |
| MAR-ROX, INC. | § | |
| Debtors | § | CHAPTER 7 |

**TRUSTEE'S APPLICATION TO PAY ADMINISTRATIVE
EXPENSES OF INTERNAL REVENUE SERVICE
FOR BANKRUPTCY ESTATE OF MARCO AND ROXANNE CANTU**

**This motion seeks an order that may adversely affect you. If you oppose the motion, you should immediately contact the moving party to resolve the dispute. If you and the moving party cannot agree, you must file a response and send a copy to the moving party. You must file and serve your response within 20 days of the date this was served on you. Your response must state why the motion should not be granted. If you do not file a timely response, the relief may be granted without further notice to you. If you oppose the motion and have not reached an agreement, you must attend the hearing. Unless the parties agree otherwise, the court may consider evidence at the hearing and may decide the motion at the hearing. Represented parties should act through their attorney.**

TO THE HONORABLE JUDGE OF SAID COURT:

The Application of Chapter 7 Trustee, Michael B. Schmidt, respectfully alleges:

1. Applicant is the duly qualified and acting Chapter 7 Trustee in this case and hereby makes this application for the payment of expenses related to the administration of the estate in these proceedings.

2. The 2009 income tax return for the bankruptcy estate of Marco and Roxanne Cantu was prepared on funds received into this Bankruptcy Estate and the total amount of tax due is $1,619.00.

3. Trustee is requesting authorization to pay this administrative expense of additional income tax due from funds of this Estate.

WHEREFORE, Trustee prays that this Court grant Trustee's request for payment of administrative expense in the total amount of $1,619.00 payable to Internal Revenue Service.

Respectfully submitted:

-1-

        LAW OFFICES OF MICHAEL B. SCHMIDT

        By:/S/MICHAEL B. SCHMIDT
           Michael B. Schmidt
           555 N. Carancahua, Ste. 1550
           Corpus Christi, Texas 78478
           Office: 361/884-9949
           Fax:   361/884-6000
           TBN: 17775200
           ATTORNEY FOR TRUSTEE

### **CERTIFICATE OF SERVICE**

    I do hereby certify that a true and correct copy of the above and foregoing legal document was served this 24th day of January, 2011 to the persons listed by electronic service and/or mail.

           /S/MICHAEL B. SCHMIDT
           Michael B. Schmidt

AmeriPower, LLC
P.O. Box 16206
Sugar Land, TX 77496-6206

American Express Bank FSB
c/o Becket and Lee LLP
POB 3001
Malvern PA 19355-0701

City Of Edinburg, SO TX ISD/College, etal
c/o Diane W. Sanders
Linebarger Goggan Blair & Sampson, LLP
PO BOX 17428
Austin, TX 78760-7428

Cooper Tire & Rubber Company
Johnson, Spalding, Doyle, West & Trent
T. Christopher Trent
919 Milam, Suite 1700
Houston Texas 77002-5378

Jose DeVaca
Sociallife
1300 N. 10th Street, Ste. 310
McAllen, TX 78501

DCFS USA LLC
P.O. Box 11509
Fort Worth, TX 76110-0509

Guerra & Moore, Ltd., LLP
4201 N. McColl Rd
McAllen, TX 78504-2524

Luis R. Zamora
Meridian Realty Group
1300 N. 10th Street, Ste. 330-F
McAllen, TX 78501

Hidalgo County
c/o John T. Banks
3301 Northland Drive, Ste. 505
Austin, TX 78731-4954

Howard S. Grossman PA
1098 N.W. Boca Raton Blvd
Boca Raton, FL 33432-2616

International Bank of Commerce
c/o Diann M. Bartek
Cox Smith MatthewsIncorporated
112 E. Pecan, Ste. 1800
San Antonio, TX 78205-1521

Lone Star National Bank
c/o Scott A. Walsh
4900-B N. 10th Street
McAllen, tx 78504-2781

MSTRCGHC
PO Box 33829
Detroit, MD  48230-5829

Jennine Hovell-Cox
6161 Savoy, Ste. 250
Houston, TX 77035

Valley Data Collection Specialist, Inc.
9120 N. 23rd Street
McAllen, Tx 78504-1684

Keith Livesay
Livesay Law Office
1122 Pecan
McAllen, TX 78501

Tony Villeda
by email

Peter Kelley

BAYVIEW LOAN & SERVICING LLC
4425 PONCE DE LEON BLVD 5TH FLOOR
CORAL GABLES FL 33146-1837

Bank of America, N.A.
Attn: Mr. M-BK
1000 Samoset Dr.
DE5-023-03-03
Newark, DE 19713-6000

Law Office of Peter Kelly
1005 Heights Blvd.
Houston, TX 77008

Bayview Loan Servicing, LLC
4425 Ponce DeLeon Blvd.
5th Floor
Coral Gables, FL 33146-1837

CAPITAL ONE BANK (USA), N.A.
C/O TSYS DEBT MANAGEMENT (TDM)
PO BOX 5155
NORCROSS, GA 30091-5155

CARDENAS AUTOPLEX
111 NORTH LOOP
HARLINGEN TX  78550

COX SMITH MATTHEWS INCORPORATED
DIANE M HARTEK ATTORNEY
112 E PECAN STREET #1800
SAN ANTONIO TX 78205-1521

Compass Bank, successor by merger to LNB
c/o Vicki M. Skaggs
Atlas & Hall, LLP
PO Box 3725
McAllen, TX 78502-3725

DCFS USA LLC
P.O. Box 685
Roanoke, Texas 76262-0685

Guerra & Moore Ltd, LLP
4201 N. McColl Rd
McAllen, Texas 78504-2524

Howard S. Grossman, P.A.
c/o Bobbie G. Bayless
Bayless & Stokes
2931 Ferndale
Houston, Texas 77098-1117

IBC-INLERNAL'L BANK COMMERCE
2011 N 10TH STREET
MCALLEN TX 78501-4152

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 21126
PHILADELPHIA PA 19114-0326

LONE STAR NATIONAL BANK
206 W. FERGUSON ST
PHARR TX 78577-2404

ROMERO, GONZALEZ & BENAVIDES, LLP
612 Nolana, Suite 520
McAllen, Texas 78504-3098

Recovery Management Systems Corporation
25 S.E. 2nd Avenue, Suite 1120
Miami, FL 33131-1605

Rimkus Consulting Group, Inc
10003 Woodloch Forest Drive Ste 100
The Woodlands, TX 77380-1922

Texas Workforce Commission
Regulatory Integrity Division -SAU
Room 556
101 E. 15th Street
Austin, TX 78778-0001

US Trustee
606 N Carancahua
Corpus Christi, TX 78476-1702

Ellen C Stone
The Stone Law Firm, P.C.
62 E Price Rd
Brownsville, TX 78521-3508

Fernando Cortinas
Law Offices of Al Alvarez
4409 North McColl Road
McAllen, Tx 78504-2464

George Stone
62 E. Price Road
Brownsville, TX 78521-3508

Harlin C. Womble, Jr.
Jordan, Hyden, Womble, Culbreth & Holzer
500 N. Shoreline, Suite 900 N.
Corpus Christi, TX 78471-1009

Juan Rocha Jr
Law Office of Mark A Cantu
1300 N 10th
Ste 400
McAllen, TX 78501-4369

Marco A. and Roxanne Cantu
3106 Lakeshore Dr.
Edinburg, TX 78539-7745

Michael B Schmidt
555 N Carancahua Ste 1550
Corpus Christi, TX 78478-0026

Kathy Julia
Driscoll & Driscoll
2415 Park Circle
McAllen, TX 78502

Oscar Luis Cantu Jr
Law Offices of Oscar Cantu
3740 Colony Dr.
Ste 208
San Antonio, TX 78230-2233

Pankaj G. Shah
c/o William Abernethy
555 N. Carancahua, Suite 400
Corpus Christi, TX 78478-0004

Dale Kasofsky
Law Office of Mark Cantu
801 Nolana, Ste. 320
McAllen, TX 78504

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| IN RE: § | JOINTLY ADMINISTERED |
| MARCO A. CANTU and § | CASE NO. 08-70260-M-7 |
| ROXANNE CANTU and § | CASE NO. 08-70261-M-7 |
| MAR-ROX, INC. § | |
| Debtors § | CHAPTER 7 |

### ORDER GRANTING PAYMENT OF IRS ADMINISTRATIVE FEE

The Court, having considered the foregoing Application to Pay Administrative Expense of IRS for Bankruptcy Estate of Marco and Roxanne Cantu, is of the opinion that Trustee's Application should be granted.

It is therefore ORDERED that Michael B. Schmidt, Trustee herein, is authorized to pay the Internal Revenue Service for taxes due out of cash of the estate of the total sum of $1,619.00.

Signed:

_____
Richard S. Schmidt
United States Bankruptcy Judge

-3-