

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

ENTERED
09/22/2011

| IN RE: | § | JOINTLY ADMINISTERED |
|---|---|---|
| MARCO A. CANTU and | § | CASE NO.  08-70260-M-7 |
| ROXANNE CANTU and | § | CASE NO.  08-70261-M-7 |
| MAR-ROX, INC. | § | |
| Debtors | § | CHAPTER 7 |

## ORDER AUTHORIZING SALE OF REAL PROPERTY
## FREE AND CLEAR OF LIENS, CLAIMS AND INTERESTS

CAME ON to be heard the Motion and Notice to Sell Property of the Estate Free and Clear of all Liens, Claims and Interests (the "Motion") filed by Michael B. Schmidt, Trustee ("Trustee").  Only one objection to the Motion was filed claiming an interest to over-bid and buy the property at a higher price than that stated in the Motion.  As a result of the Motion and that one Objection thereto, an auction hearing was held on September 21, 2011.  At that auction hearing, the Court approved the sale of the property to original buyer (identified below) in an amount higher than contained in the Motion. Therefore,

**IT IS ORDERED** that the Trustee may sell, AS IS, WHERE IS, for $5,300.00 all of the Bankruptcy Estate's interest in the property (the "Property"), which is a Promissory Note secured by a lien on the following real estate, located in Hidalgo County, Texas and described as follows:

> Lot Twenty-Four (24), Las Brisas De San Juan #1, San Juan, Hidalgo County, Texas, commonly known as 112 Anna Street, San Juan, TX. as further set forth in the copy of the Promissory Note and Deed of Trust attached to the Trustee's Motion as Exhibit "A".

in accordance with the terms of the written sales agreement between Trustee and Notes We Buy, LLC ("Buyer"), a copy of which is attached to the Motion, and as further altered by and in accordance with the auction hearing held on September 21, 2011 (docket entry #2025).  Any liens, claims, taxes and interest shall remain attached to the sales proceeds to the extent same are valid.

The stay provided under Rule 6004(h) is **WAIVED**.

**IT IS FURTHER ORDERED** that the Trustee, upon review and verification, is authorized to pay all incidental fees from the proceeds of the sale or have such fees withheld and paid at closing.  Further, Trustee is authorized to execute all necessary documents to transfer ownership to Buyer.

Dated:

September 22, 2011

_____
Honorable Richard Schmidt,
United States Bankruptcy Judge